JOSEPH S. LEVENTHAL (221043)
joseph.leventhal@dinsmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
T:  619-400-0500
F:  619- 400-0501

Attorney for Defendants
Humbl, LLC, Brian Foote and Jeffrey Hinshaw

JOHN T. JASNOCH (281605)
jjasnoch@scott-scott.com
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
T: 619-233-4565
F: 619-233-0508

Attorney for Plaintiffs
Matt Pasquinelli, Bryan Paysen and the Proposed Class

GREGORY G. BROWN
octriallaw@gmail.com
BROWN & CHARBONNEAU
420 Exchange, Suite 270
Irvine, CA 92602
T: 714-505-3000
F: 714-505-3070

Attorney for Defendant
George Sharp

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATT PASQUINLLI and BRYAN PAYSEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>HUMBL, LLC, BRIAN FOOTE, JEFFREY HINSHAW, and GEORGE SHARP,<br><br>Defendants. | Case No.: 22-cv-0723 AJB BLM<br><br>**STIPULATION AND JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULES 7.2 AND 12.1**<br><br>Judge:   Hon. Anthony Battaglia<br>Dept:    4A<br><br>Complaint Filed:   May 19, 2022<br>Trial: Not Yet Set |

TO THE HONORABLE COURT:

Pursuant to Southern District of California Civil Local Rules 7.2 and 12.1, Plaintiffs Matt Pasquinelli, Bryan Paysen and the Proposed Class ("Plaintiffs"), and Defendants Humbl, Inc. (erroneously sued as Humbl, LLC), Brian Foote, Jeffrey Hinshaw, and George Sharp ("Defendants") (collectively, the "Parties"), by and through their attorneys of record, jointly move for an Order extending Defendants' time to file a responsive pleading or motion until 30 days after the anticipated filing of an amended complaint, which would follow the Court's appointment of lead counsel and plaintiffs.

The Private Securities Litigation Reform Act (the "PSLRA") provides that: (1) the plaintiff who files a securities class action shall publish notice to the purported class within 20 days of filing the action informing the class members of their right to seek appointment as lead plaintiff; (2) not later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class; and (3) the court shall appoint lead plaintiff and lead counsel. *See* 15 U.S.C. § 77z-1(a)(3)(A) & (B);

After the court appoints a lead plaintiff, the lead plaintiff will need to file an amended complaint or deem the existing complaint as the operative complaint.

Good causes exists to support this joint motion because extending the deadline for Defendants to respond only to the operative complaint will conserve judicial and party resources.

Defendants enter into this stipulation and bring this joint motion without waiving any defenses they may have or may assert.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

NOW, THEREFORE, Plaintiffs and Defendants, by and through their attorneys of record, hereby jointly move for an Order adopting this Stipulation to extend Defendants' responsive pleading or motion deadline until 30 days after the anticipated filing of an amended complaint, which would follow the Court's appointment of lead counsel and plaintiffs.

Dated:                                      Respectfully submitted,
                                            DINSMORE & SHOHL LLP

                                            By: *s/Joseph S. Leventhal*
                                                JOSEPH S. LEVENTHAL
                                                joseph.leventhal@dinsmore.com

                                            Attorney for Defendants
                                            Humbl, LLC, Brian Foote
                                            and Jeffrey Hinshaw

Dated:                                      SCOTT+SCOTT ATTORNEYS AT LAW LLP

                                            By: *s/John T. Jasnoch*
                                                JOHN T. JASNOCH
                                                jjasnoch@scott-scott.com

                                            Attorney for Plaintiffs
                                            Matt Pasquinelli, Bryan Paysen
                                            and the Proposed Class

Dated:                                      BROWN & CHARBONNEAU

                                            By: *Gregory G. Brown*
                                                GREGORY G. BROWN
                                                octriallaw@gmail.com

                                            Attorney for Defendant
                                            George Sharp

STIPULATION AND JOINT MOTION TO EXTEND TIME TO RESPOND TO
COMPLAINT PURSUANT TO LOCAL RULES 7.2 AND 12.1

**ATTESTATION OF ELECTRONIC SIGNATURES**

I, Joseph S. Leventhal, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing of this Stipulation to Extend Time to Respond to Complaint.

Dated: July 12, 2022  */s/ Joseph S. Leventhal*
Joseph S. Leventhal