# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT PASQUINELLI and BRYAN PAYSEN, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>HUMBL, LLC, BRIAN FOOTE, JEFFREY HINSHAW, and GEORGE SHARP,<br><br>  Defendants. | Case No.: 22-cv-0723 AJB BLM<br><br>**ORDER GRANTING JOINT MOTION REGARDING MOTIONS FOR LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** |

WHEREAS, on May 19, 2022, Plaintiffs Matt Pasquinelli and Bryan Paysen commenced the above-captioned action (the "Action") by filing a complaint against the above-captioned Defendants, alleging violations of the federal securities laws;

WHEREAS, the Action is governed by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B)(iii), pursuant to which any member of the putative Class was entitled to seek appointment as Lead Plaintiff and approval of their selection of Lead Counsel on or before the statutory motion deadline of July 19, 2022;

WHEREAS, on July 19, 2022, multiple members of the putative Class filed motions pursuant to the PSLRA seeking appointment as Lead Plaintiff and approval of their respective selections of Lead Counsel: (i) Xiong Xiao ("Xiao"), proposing The Rosen Law Firm P.A. as Lead Counsel (ECF No. 9); (ii) Matt Pasquinelli ("Pasquinelli"), proposing Scott+Scott Attorney at Law ("Scott+Scott") as Lead Counsel (ECF No. 10); (iii) Tracy Davis ("Davis"), proposing Glancy Prongay and Murray LLP as Lead Counsel (ECF No. 11); (iv) Brandon Berry ("Berry"), proposing Bragar Eagel & Squire P.C. as Lead Counsel (ECF No. 12); (v) Alfred Miller ("Miller"), proposing Roche Freedman LLP ("Roche Freedman") as Lead Counsel (ECF No. 13); and (vi) Amit Patel ("Patel"), proposing Pomerantz LLP as Lead Counsel (ECF No. 14);

WHEREAS, on August 1, 2022, movant Patel filed a notice of non-opposition to the competing motions (ECF No. 16);

WHEREAS, on August 10, 2022, movants Davis, Xiao, and Berry each filed notices of non-opposition to the competing motions (ECF Nos. 17, 18, 19);

WHEREAS, following the non-opposition filings, only movants Pasquinelli and Miller continue to seek appointment as Lead Plaintiffs and approval of their selection of counsel as Lead Counsel;

WHEREAS, the PSLRA, provides, *inter alia*, that the most adequate plaintiff to serve as Lead Plaintiff is, in the determination of the Court, the "person or group of persons" who has the largest financial interest in the relief sought by the class and otherwise satisfies the relevant requirements of Rule 23 of the Federal Rules of Civil Procedure;

WHEREAS, 15 U.S.C. §78u-4(a)(3)(B)(iv) provides that, subject to the approval of the Court, the most adequate plaintiff will select and retain counsel to represent the class;

WHEREAS, movants Pasquinelli and Miller have each provided a signed, sworn Certification in support of their respective motion setting forth, *inter alia*, their transactions in HUMBL common stock (*see* ECF Nos. 10-4, 13-3), with movant Pasquinelli additionally identifying transactions associated with the cryptocurrency BLOCKS ETX product that is subject to the complaint (ECF. No. 10-4);

WHEREAS, movants Pasquinelli and Miller have *prima facie* demonstrated their adequacy and typicality within the meaning of Rule 23 of the Federal Rules of Civil Procedure;

WHEREAS, by virtue of his Class Period transactions in HUMBL common stock, movant Miller has a larger financial interest in the relief sought by the Common Shares Purchaser Class in this Action than Pasquinelli;

WHEREAS, by virtue of his Class Period transactions in BLOCKS ETX products, movant Pasquinelli has a larger financial interest in the relief sought by the BLOCKS ETX Purchaser Class in this Action than Miller;

WHEREAS, having reviewed one another's submissions to the Court, movants Pasquinelli and Miller accordingly believe it is in the best interests of the Class to serve as Co-Lead Plaintiffs and for their selections of Roche Freedman and Scott+Scott to serve as Co-Lead Counsel;

WHEREAS, counsel for Miller and counsel for Pasquinelli have worked together effectively and efficiently in other securities class action cases and the Manual for Complex Litigation advises that efforts by "attorneys [to] coordinate their activities without the court's assistance . . . should be encouraged." MANUAL FOR COMPLEX LITIGATION §10.22 (4th ed. 2004);

The Court grants as follows:

1. Movants Pasquinelli and Miller are hereby appointed as Co-Lead Plaintiffs in this Action and any subsequently filed or transferred actions that are consolidated with this Action, pursuant to 15 U.S.C. §78u-4(a)(3)(B); and

2. Co-Lead Plaintiffs' selections of Roche Freedman and Scott+Scott as Co-Lead Counsel are hereby approved.

IT IS SO ORDERED.

Dated: August 12, 2022

*[signature]*
Hon. Anthony J. Battaglia
United States District Judge