# UNITED STATES DISTRICT COURT

**Southern District of California**

Office Of The Clerk
333 West Broadway, Suite 420
San Diego, California 92101
Phone: (619) 557–5600
Fax: (619) 702–9900

John Morrill,
Clerk of Court

July 7, 2023

Clerk, U.S. District Court
District of District of Delaware
844 North King St., Unit 18
Wilmington, DE 19801–3570

Re: Matt Pasquinelli, et al. v. Humbl, LLC., et al., Case No. 3:22–cv–00723–AJB–BLM

Dear Sir or Madam:

Pursuant to Order transferring the above–entitled action to your District, we are electronically transmitting herewith our entire original file.

    Sincerely yours,

    John Morrill,
    Clerk of the Court

    By: s/ M. Quinata, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants: